Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441

Attorneys for Scott and Vanessa Perine

**FILED & ENTERED**

**JUL 24 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:

Scott and Vanessa Perine

Debtors.

) Case No. 6:09-bk-21524-PC
)
) ORDER VALUING LIEN OF
) COUNTRYWIDE HOME LOANS (and
) successor BANK OF AMERICA,
) N.A.) ON REAL PROPERTY
)
)
) Date: 07/01/2009
) Time: 1:30 p.m.
) Court: 304
)

On 07/01/2009, at 1:30 p.m., the motion of the debtors, Scott and Vanessa Perine for an Order valuing the lien of Countrywide Home Loans (Bank of America, N.A.) on the debtors' personal residence at 6334 Peach Avenue, Corona, California 92880 came on regularly for hearing. Judge Carroll found the debtors' home was valued at $320,000.00 based on an appraisal and appraiser declaration supporting the motion. Judge Carroll further found the debtors' first mortgage balance approximately $398,200.00 based on debtors' Countrywide Home Loans statement thereby making the second lien of Countrywide Home Loans (Bank of

**Order Valuing Lien of Countrywide Home Loans (Bank of America, N.A.)**

America, N.A.) wholly unsecured. There was no appearance by any other party, nor was any opposition to the debtors' motion filed with the Court.

The Countrywide Home Loans (Bank of America, N.A.) lien and claim are described as follows: Promissory Note, dated 07/25/2007, in the original principal amount of $ 99,580.00; and Deed of Trust recorded on 07/27/2007, as Document # 2007-0489812, in the Office of the Recorder of the County of Riverside, CA.

Based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is:

ORDERED that the lien and claim of Countrywide Home Loans (Bank of America, N.A.), as described above, are determined to be completely unsecured; and it is further,

ORDERED that upon completion of all plan payments and entry of a discharge in this case pursuant to 11 U.S.C. §1328, the lien will be void and not constitute an encumbrance on the following described property:

> 6334 Peach Avenue, Corona, California 92880. This property is more particularly described as follows: LOT NUMBER: 104; TRACT: 29208-1, as per maps in the office of the Recorder of the County of Riverside, CA.

And it is further,

**Order Valuing Lien of Countrywide Home Loans (Bank of America, N.A.)**

ORDERED that the lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

ORDERED that upon completion of all plan payments and entry of a discharge in this case, Countrywide Home Loans (Bank of America, N.A.) and its successors and assigns are ordered to reconvey the Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

# # #

DATED: July 24, 2009

United States Bankruptcy Judge

**Order Valuing Lien of Countrywide Home Loans (Bank of America, N.A.)**

| In re:<br><br>Scott and Vanessa Perine<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-21524-PC |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled Order Stripping Lien of Countrywide Home Loans (Bank of America, N.A.) on Real Property
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____07/13/2009_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re: | | CHAPTER: 13 |
|---|---|---|
| Scott and Vanessa Perine | Debtor(s). | CASE NUMBER: 6:09-bk-21524-PC |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| **Served Electronically**<br><br>Rod Danielson<br>Ch 13 Trustee<br>images@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov | **Served by U.S. Mail**<br><br>Bank of America<br>C/O Joe L. Price<br>100 N. Tryon Street, 18th Floor<br>Charlotte, NC 28255 |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**