ROD DANIELSON
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501
(951) 826-8000

**FILED**
**JUL 27 2009**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**SCOTT TERRON PERINE**<br><br>**VANESSA MARY PERINE**<br> aka VANESSA MARY PETERSON | Chapter 13<br>Case No.  6:09-bk-21524-PC<br><br>**TRUSTEE'S REPORT** |

Comes now the duly appointed Trustee in this case, and shows to the Court the following:

Debtor's net income is $ **4,293.00** per month.

Spouse/other net income is $ **3,100.00** per month.

Debtor's Budget shows $ **1,008.00** disposable income.

Debtor proposed to pay $ **1,008.00** per month into the Plan.

Estimated number of months to complete: **60** months.

This Plan will pay **21.00**% to unsecured creditors.

**"PLAN INTERLINEATIONS" INCORPORATED INTO THE ORDER OF CONFIRMATION:**

**CHRYSLER FINANCIAL IS TO BE PAID THROUGH PLAN. CHRYSLER FINANCIAL SHALL BE PAID $184.28 PER MONTH, 6.25% INTEREST ON ITS SECURED CLAIM ARREARS OF $9,475.00. THE DEBTORS' PLAN IS AMENDED TO CONFORM TO THE REQUIREMENTS OF THE COURT'S APPROVED PLAN FORM. DEBTORS RESERVE THE RIGHT TO OBJECT TO ANY CLAIM, NOTWITHSTANDING ANY PLAN INTERLINEATIONS.**

The plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee submits this report concerning the confirmation of this plan.

Dated: July 6, 2009

_____
Rod Danielson, Chapter 13 Trustee

ORIGINAL