# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS:
(1) OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY IN INTEREST; AND
(2) THE COURT ISSUES ITS ORDER DISALLOWING THE CLAIM.

IN RE:  SCOTT TERRON PERINE
        VANESSA MARY PERINE
        6334 PEACH AVE
        CORONA, CA  92880

IN THE MATTER OF:
SCOTT TERRON PERINE
6334 PEACH AVE
CORONA, CA  92880

DATE: 12/15/2009
Case No. 6:09-bk-21524-PC

| COURT CLAIM# | CREDITOR NAME | AMOUNT SCHEDULED | AMOUNT OF CLAIM | ACCOUNT | CRED CLASS | TRUSTEE CLAIM# |
|---|---|---|---|---|---|---|
|  | DOAN LAW FIRM, LLP | NOT SCHEDULED | $0.00 |  |  | 0 |
|  | Bac / Fleet Bankcard | $5,627.00 | NOT FILED | 0383 | U | 1 |
| 05 | FIA CARD SERVICES | $4,667.00 | $4,751.27 | 0197 | U | 2 |
| 08 | JEFFERSON CAPITAL SY | $1,269.00 | $1,358.71 | 8209 | U | 3 |
| 07 | JEFFERSON CAPITAL SY | $999.00 | $1,080.56 | 9690 | U | 4 |
|  | Capital 1 Bank | $2,184.00 | NOT FILED | 0141 | U | 5 |
|  | Capital 1 Bank | $1,864.00 | NOT FILED | 8091 | U | 6 |
|  | Capital 1 Bank | $1,728.00 | NOT FILED | 4692 | U | 7 |
| 01 | DFS SERVICES, LLC | $4,488.00 | $4,857.51 | 9062 | U | 8 |
|  | GEMB / Mervyns | $1,202.00 | NOT FILED | 6709 | U | 9 |
| 10 | GE CONSUMER FINANCE | $477.00 | $527.64 | 1177 | U | 10 |
|  | Gemb/Chevron | $1,481.00 | NOT FILED | 2893 | U | 11 |
| 09 | GE CONSUMER FINANCE | $7,139.00 | $7,368.17 | 6361 | U | 12 |
|  | Hsbc Best Buy | $1,339.00 | NOT FILED | 2302 | U | 13 |
|  | Sams Club | $540.00 | NOT FILED | 3869 | U | 14 |
| 06 | ROUNDUP FUNDING, LLC | $501.00 | $582.19 | 2188 | U | 15 |
| 03 | CHASE BANK | $10,072.00 | $10,582.51 | 8265 | U | 16 |
|  | Wells Fargo Card Ser | $7,650.00 | NOT FILED | 4178 | U | 17 |
| 02 | CHRYSLER FINANCIAL S | $11,321.91 | $9,475.00 | 6488 | S | 18 |
|  | Countrywide Home Len | $12,745.00 | NOT FILED | 3359 | E | 19 |
|  | Countrywide Home Len | $99,580.00 | NOT FILED | 5752 | U | 20 |
| 11 | HSBC BANK NEVADA, NA | $15,030.00 | $14,961.35 | 6301 | S | 21 |
| 04 | TOYOTA MOTOR CREDIT | $22,021.00 | $20,761.79 | 0017Z863752 | S | 22 |
| 02 | CHRYSLER FINANCIAL S | NOT SCHEDULED | $1,954.77 | 6488 | U | 10018 |

IF YOU BELIEVE YOU DO NOT OWE ONE OR MORE OF THE CLAIMS LISTED ABOVE, DO NOT CALL THE TRUSTEE, CALL YOUR ATTORNEY.  THE TRUSTEE CANNOT GIVE LEGAL ADVICE. IF YOU DO NOT TIMELY FILE AND SERVE AN OBJECTION TO THE CLAIM(S) IN ACCORDANCE WITH BANKRUPTCY LAW, THE TRUSTEE IS UNDER A COURT ORDER TO PAY ALL CLAIMS, EXCEPT THOSE LISTED AS "NOT FILED," "DIRECT PAY" OR "NOTICE ONLY."

**NOTICE OF INTENT TO PAY CLAIMS - Continued**

**6:09-bk-21524-PC**

DECLARATION RE VERIFICATION OF CLAIMS REGISTER

I declare under penalty of perjury as follows:

1. That I am a citizen of the United States of America, I am over the age of 18 years, and not a party to the within matter.

2. I am employed by Rod Danielson, Chapter 13 Trustee in this case, and by virtue of that employment I am qualified to identify and interpret the records and documents typically prepared and maintained in the ordinary course of a Chapter 13 case.

Dated:    12/15/2009

_____/s/_____
PAULETTE ROSELI

PROOF OF SERVICE

    I declare under penalty of perjury that I am employed by Rod Danielson, Chapter 13 Trustee: I am over 18 years of age and I mailed copies of the Notice of Intent to Pay Claims, and Declaration in support thereof, on the parties set forth below.

Executed on 12/15/2009 at Riverside, California.

_____/s/_____
PAULETTE ROSELI

| | |
|---|---|
| SCOTT TERRON PERINE<br>6334 PEACH AVE<br>CORONA, CA  92880 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA  92653 |